# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| VISION BANK, a Florida Banking Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0324-KD-C ) |
| BRUCE Q. WHITE and JACQUELINE L. WHITE, | ) ) ) ) |
| Defendants. | ) |

## ORDER

This action is before the Court on the status report and response to show cause filed by Vision Bank (doc. 16). Vision Bank reports that defendants' Chapter 7 bankruptcy is still open, that the trustee is collecting assets for distribution, that Vision Bank has filed a proof of claim, and that a foreclosure is scheduled for July 21, 2011. Vision Bank also showed cause as to why it did not respond to earlier orders of this Court.

Accordingly, plaintiff **Vision Bank** is **ORDERED** to file on or before **November 4, 2011**, a status report advising the Court as to the status of the Whites' bankruptcy action and the status of this litigation.

DONE and ORDERED this the 11th day of July, 2011.

                s / Kristi K. DuBose
                KRISTI K. DuBOSE
                UNITED STATES DISTRICT JUDGE